UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　vs.<br><br>JASON FOSTER,<br>　　　　Defendant. | )<br>)<br>)<br>)　CAUSE NO. 1:23-mj-0436-KMB<br>)<br>)　　　　　　　- 01<br>) |

## MINUTE ENTRY

The Parties appeared before Magistrate Judge Kellie M. Barr on May 30, 2023, for a Rule 5(c)(3) hearing on the Indictment filed on March 8, 2023, in the Eastern District of Missouri, Eastern Division (Cause Number 4:23CR104 SEP/PLC). Defendant Jason Foster appeared in person and by FCD counsel Harold Samuel Ansell. Government appeared by Assistant United States Attorney Michelle Brady. United States Probation Office represented by Megan Stevens.

The Court reviewed and approved the Defendant's financial affidavit and appointed counsel.

Charges, rights, and penalties were reviewed and explained. Defendant waived his right to an identity hearing and production of the warrant.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of

charges, and contempt proceedings.

Government sought detention pending transport in accordance with an Amended Motion for Pretrial Detention filed in the Eastern District of Missouri. The Court heard argument from both the Government and counsel for the Defendant and **DENIED** the Motion for Detention, finding for the reasons stated on the record that 1) the Government had not shown by clear and convincing evidence that no condition or combination of conditions of release would reasonably assure the safety of any other person and the community and 2) the Government had not shown by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the Defendant's appearance as required.

The Court ordered the Defendant released on standard conditions of pretrial release plus standalone GPS monitoring, pending further proceedings. Defendant is to report to the Eastern District of Missouri, 111 South 10th Street, St. Louis, Missouri, 63102, Courtroom 9 North, on **June 20, 2023, at 9:00 a.m.**

    **So ORDERED.**
    Date: 5/31/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Harold Samuel Ansell
INDIANA FEDERAL COMMUNITY DEFENDERS
Email: Sam_Ansell@fd.org

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
Email: michelle.brady@usdoj.gov